Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com

Steven J. Parsons
Nevada Bar No. 363
Law Offices of Steven J. Parsons
10091 Park Run Dr., Ste. 200
Las Vegas, NV 89145-8868
steve@sjplawyer.com
*Attorneys for Defendant Carter Powersports and Michael Malatesta*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT AKANA, individually,<br><br>       Plaintiff,<br><br>vs.<br><br>CARTER POWERSPORTS; JESSE PATTERSON, an individual; MICHAEL MALATESTA, an individual; DOE EMPLOYEES I-X; ROE ENTITIES I-X; inclusive,<br><br>       Defendants. | Case No:   2:16-cv-02221-GMN-PAL<br><br>**DEFENDANTS' REQUEST FOR EXCEPTION FROM PERSONAL ATTENDANCE AT EARLY NEUTRAL EVALUATION CONFERENCE** |

Defendants CARTER POWERSPORTS ("Carter") and MICHAEL MALATESTA, by and through their counsel of record, SHERI M. THOME and CHAD C. BUTTERFIELD of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby submit the instant request for exception from personal attendance at the Early Neutral Evaluation Conference set for March 1, 2017, before Judge Hoffman. [ECF No. #20] The request is to excuse the personal attendance of two out-of-state persons, Defendant Michael Malatesta and Sentry Insurance representative Matt Tobin, both of whom can be available by phone. Defendant Carter Powersports, through its President Dave Carter, will attend the ENE in person with counsel. If Jesse Patterson has been served with the Complaint by that time, he should be able to attend the ENE as well.

1108649v.1

Background and Grounds for the Request

This is an employment discrimination matter in which Mr. Akana, a former employer of Carter Powersports, is making state and federal claims against the company and two of its former employees, Michael Malatesta and Jesse Patterson. Mr. Malatesta lives and runs his own business in Illinois, thus it would be burdensome for him to travel to Las Vegas for the conference. Mr. Malatesta will be available to discuss the matter with the Court via phone, should the Court wish to speak to him.

Carter Powersports is insured through Sentry Insurance, and the claims representative, Matt Tobin, is located in Wisconsin. The policy affords coverage with a deductible that equates to 10% of the total defense/indemnity costs, thus Mr. Carter has authority as it pertains to the decision to settle, and can productively discuss resolution at the ENE. Additionally, Mr. Tobin will be available to discuss by phone as needed. Finally, Plaintiff's counsel has indicated that she will be preparing a demand before the conference, so Mr. Tobin, counsel and Mr. Carter can jointly discuss authority in light of the demand. All of these factors demonstrate that Mr. Tobin's absence will not impact Defendants' ability to resolve the matter, if desired. Accordingly, Defendants request that Mr. Malatesta and Mr. Tobin be permitted to appear at the ENE via telephone.

DATED this 13th day of February, 2017.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: */s/ Sheri M. Thome*
Sheri Thome, Esq.
Nevada Bar No. 08657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702)727-1400

Steven J. Parsons
Nevada Bar No. 363
Law Offices of Steven J. Parsons
10091 Park run Dr., Ste. 200
Las Vegas, NV 89145-8868
steve@sjplawyer.com
*Attorneys for Defendant Carter Powersports*

IT IS SO ORDERED.

DATED: February 15, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

-2-

1108649v.1

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 13th day of February, 2017, I served a true and correct copy of the foregoing **DEFENDANTS' REQUEST FOR EXCEPTION FROM PERSONAL ATTENDANCE AT EARLY NEUTRAL EVALUATION CONFERENCE** as follows:

☒ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

☐ via hand-delivery to the addressees listed below; and/or

☐ via facsimile; and/or

☐ by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m. (PST/PDT).

James R. Olson, Esq.
Stephanie M. Zinna, Esq.
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheynenne Avenue
Las Vegas, NV 89129
Tel:  702.384.4012/Fax: 702.383.0701
E-mail:  jolson@ocgas.com and szinna@ocgas.com
*Attorneys for Plaintiff Robert Akana*

BY: */s/ Naomi E. Sudranski*
An Employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

-3-

1108649v.1